UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALFRED McMULLAN, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:06CV1809 HEA |
| | ) |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED.**

**IT IS FURTHER ORDERED** that the a Certificate of Appealability will not issue.

Dated this 18th day of August, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE